Michelle Saavedra
Principal Assistant City Attorney for
Michael G. Rankin
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ 85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
Michelle.Saavedra@tucsonaz.gov
State Bar No. 25728
Pima County Computer No. 66163
*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DARLENE HIGH, | No. 4:13-cv-01171-JAS |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| | (Assigned to Hon. James A. Soto) |
| CHRISTOPHER MCNAMARA and JAMES JOHNSTON, | |
| Defendant. | |

Defendants Christopher McNamara and James Johnston, by and through their attorney undersigned, hereby give notice to the Court that the above-captioned case has settled. A stipulation for dismissal with prejudice and a proposed order will be filed soon. Therefore, the trial currently scheduled to begin November 16, 2015, may be vacated.

DATED October 2, 2015.

MICHAEL G. RANKIN
City Attorney


By      /s/Michelle Saavedra
         Michelle Saavedra
         Principal Assistant City Attorney

1

1

    I hereby certify that on October 2, 2015, I electronically transmitted the attached document
2  to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic
   Filing to the Following CM/ECR registrant:
3

4  James E. Abraham
   james.abraham@azbar.org
       *Attorney for Plaintiff*
5

6  By E. Ramirez/cl

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28